UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE *EX PARTE* APPLICATION OF SPS I FUNDO DE INVESTIMENTO DE AÇÕES – INVESTIMENTO NO EXTERIOR<br><br>*Petitioner,*<br><br>For an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery for use in Contemplated Proceeding in the Federative Republic of Brazil. | No. Misc. _____ |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, applicant SPS I Fundo de Investimento de Ações – Investimento no Exterior ("**SPS**") respectfully submits as follows:

1. SPS is a private corporation organized and existing under the laws of Brazil. SPS has no parent corporation. No publicly-held corporation owns 10% or more of SPS's stock.

[*Remainder of Page Intentionally Left Blank*]

{

Dated: April 21, 2022
       Omaha, Nebraska

Respectfully submitted,

**BAIRD HOLM LLP**
*/s/ Jeremy C. Hollembeak*
Jeremy C. Hollembeak
1700 Farnam Street, Suite 1500
Omaha, NE 68102-2068
Phone: 402.636.8317
Email: jhollembeak@bairdholm.com

-and-

**MB SCANLON PLLC**
Gabriela M. Scanlon
(*pro hac vice* application to be submitted)
4301 50th Street NW, 1st Floor
Washington, D.C., 20016
Telephone: (202) 410-9293
Email: gabriela@mbscanlon.com
*Attorneys for Petitioner SPS I Fundo De Investimento De Ações – Investimento No Exterior*

DOCS/2798469.1

{