UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF SPS I FUNDO DE INVESTIMENTO DE ACOES – INVESTIMENTO NO EXTERIOR | Case No. 22-MC-00118-LAK<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that Michael Carlinsky of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, 22nd Floor, New York, New York 10010, hereby appears on behalf of Proposed Intervenors Joesley Batista, Wesley Batista, JBS S.A., and J&F Investimentos S.A. in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
       May 4, 2022

By: */s/ Michael B. Carlinsky*
    Michael B. Carlinsky
    QUINN EMANUEL URQUHART & SULLIVAN, LLP
    51 Madison Avenue, 22nd Floor
    New York, New York 10010
    Tel: (212) 849–7150
    Fax: (212) 849–7100
    Email: michaelcarlinsky@quinnemanuel.com

    *Attorney for Proposed Intervenors Joesley Batista, Wesley Batista, JBS S.A., and J&F Investimentos S.A.*