UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF SPS I FUNDO DE INVESTIMENTO DE ACOES – INVESTIMENTO NO EXTERIOR | Civil Action No. 1:22-mc-00118-LAK<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Gavin S. Frisch, hereby move this Court for an Order of admission *pro hac vice* to appear as counsel for Joesley Batista, Wesley Batista, JBS S.A., and J&F Investimentos S.A. (collectively, "Proposed Intervenors") in the above-captioned action.

I am a member in good standing of the bar of the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: May 9, 2022

Respectfully submitted,

_____
Gavin S. Frisch
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(T): (617) 712-7100
(F): (617) 712-7200
gavinfrisch@quinnemanuel.com

*Counsel for Proposed Intervenors*

UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

IN RE EX PARTE APPLICATION OF SPS I
FUNDO DE INVESTIMENTO DE ACOES –
INVESTIMENTO NO EXTERIOR

Civil Action No. 1:22-mc-00118-LAK

## AFFIDAVIT OF GAVIN S. FRISCH IN SUPPORT OF
## MOTION FOR ADMISSION PRO HAC VICE

I, Gavin S. Frisch, declare as follows:

1. I am an associate at Quinn Emanuel Urquhart & Sullivan, LLP, counsel to Proposed Intervenors Joesley Batista, Wesley Batista, JBS S.A., and J&F Investimentos S.A. in the above-captioned action.

2. I submit this Declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned action. I am an attorney in good standing of the bar of the Commonwealth of Massachusetts. *See* Exhibit A (certificate of good standing).

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no pending disciplinary proceedings against me in any State or Federal court.

6. As such, there are no facts and circumstances surrounding any affirmative response to (3) through (5).

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 9th day of May, 2022.

_____
Gavin S. Frisch

Sworn to and subscribed before me on this  9th  day of  May  2022.

_____
Notary Public

[Notary Seal: CAMILLE CHIRILLO, Notary Public, COMMONWEALTH OF MASSACHUSETTS, My Commission Expires On May 18, 2023]

Commission Expires:
May 18, 2023

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>THE SOUTHERN DISTRICT OF NEW YORK | |
| IN RE EX PARTE APPLICATION OF SPS I FUNDO DE INVESTIMENTO DE ACOES – INVESTIMENTO NO EXTERIOR | Case No. 1:22-mc-00118-LAK<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE** |

The motion of Gavin S. Frisch for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Massachusetts, and that his contact information is as follows:

> Gavin S. Frisch
> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> 111 Huntington Ave, Suite 520
> Boston, MA 02199
> 617-712-7100 Main Office Number
> 617-712-7200 Fax
> gavinfrisch@quinnemanuel.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Proposed Intervenors Joesley Batista, Wesley Batista, JBS S.A., and J&F Investimentos S.A. in the above-captioned action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____     _____
                                                             Lewis A. Kaplan
                                                             United States District Judge

# EXHIBIT A



**The Commonwealth of Massachusetts**
**SUPREME JUDICIAL COURT**
FOR SUFFOLK COUNTY
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.SJCCOUNTYCLERK.COM

MAURA S. DOYLE
CLERK

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117

ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

May 6, 2022

Attorney Gavin Frisch
Quinn Emanuel Trial Lawyers, Attn: Clare Taber
111 Huntington Ave. Suite 520
Boston , MA  02199
claretaber@quinnemanuel.com

**IN RE:   CERTIFICATE OF ADMISSION AND GOOD STANDING**

Enclosed please find the Certificate of Admission and Good Standing for Commonwealth of Massachusetts Attorney **Gavin Frisch.** The certificate provides certification of the attorney's date of admission and current good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or should need further assistance, please do not hesitate to contact the Attorney Services Department at either sjccertsgs@sjc.state.ma.us or 617-557-1050.

Very truly yours,

MAURA S. DOYLE
Clerk
Supreme Judicial Court

MSD/   **nmp**
Clearance:  5/6/22
Enclosures

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **February 5, 2019**, said Court being the highest Court of Record in said Commonwealth:

## Gavin Frisch

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this **sixth** day of **May**

in the year of our Lord **two thousand and twenty-two.**

*MAURA S. DOYLE*, Clerk

---

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.