**UNITED STATES DISTRICT COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 5-11-22

IN RE EX PARTE APPLICATION OF SPS I
FUNDO DE INVESTIMENTO DE ACOES –
INVESTIMENTO NO EXTERIOR

Civil Action No. 1:22-mc-00118-LAK

**MOTION FOR ADMISSION**
**PRO HAC VICE**

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Gavin S. Frisch, hereby move this Court for an Order of admission *pro hac vice* to appear as counsel for Joesley Batista, Wesley Batista, JBS S.A., and J&F Investimentos S.A. (collectively, "Proposed Intervenors") in the above-captioned action.

I am a member in good standing of the bar of the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: May 9, 2022

Respectfully submitted,

Gavin S. Frisch
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(T): (617) 712-7100
(F): (617) 712-7200
gavinfrisch@quinnemanuel.com

*Counsel for Proposed Intervenors*

Granted
SO ORDERED
LEWIS A. KAPLAN, USDJ
5/11/22