UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK,

Plaintiff / Petitioner:

SPS I FUNDO DE INVESTIMENTO DE ACOES- INVESTIMEN

Defendant / Respondent:

IN RE APPLICATION PURSUANT TO 28 U.S.C. SECTION 1782 FOR
DISCOVERY IN AID OF FOREIGN PROCEEDING

**AFFIDAVIT OF SERVICE**

Index No:
CIVIL ACTION NO.: 22-MC-118 (LAK)

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and located at 590 Madison
Ave 21st floor, New York, NY 10022 .  That on Wed, May 04 2022 AT 11:56 AM AT 28 LIBERTY STREET, NEW YORK, NY 10005 deponent served
the within SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL
ACTION; FEDERAL RULE OF CIVIL PROCEDURE 45 (C), (D), (E), AND (G) on JP MORGAN CHASE & CO. C/O CT CORPORATION

| | |
|---|---|
| ☐ | **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein. |
| ☐ | **Corporation:**   By serving the above on _____ a domestic corporation, by delivering a true copy thereof to _____ who is the _____ , a person authorized to accept service. |
| ☒ | **Business:**   By serving the above on JP MORGAN CHASE & CO. C/O CT CORPORATION by delivering a true copy thereof to PAULA CASTRO, , a person authorized to accept service. |
| ☐ | **Suitable Person:** By delivering a true copy thereof to _____ a person of suitable age and discretion, at the actual place of business, dwelling house, or usual place of abode in the state, and mailing, as indicated above. |
| ☐ | **Conspicuous Service:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at |
| ☐ | **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known address, _____ , and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____ . |
| ☐ | **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of NY, in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I have that the defendant is not in the military service of NY, or of the United States as that term is defined in either the State or in the Federal statutes. |

**Additional Comments:**
1) Successful Attempt: May 4, 2022, 11:56 am EDT at 28 LIBERTY STREET, NEW YORK, NY 10005 received by PAULA CASTRO.
Stated she is authorized to accept.
Description:

| | | | | |
|---|---|---|---|---|
| Age:   45 | Skin Color:   Latino | | Gender:   Female | Weight:   135 |
| Height:   5'6" | | Hair:   Brown | | Relationship:   CT CORP Intake Clerk. |
| Other | | | | |

Michael Gorman                          5/12/22
1381333

Sworn to before me on   5/12/22

Notary Public

BRIAN B. RICKS
Notary Public, State of New York
Reg. No. 01RI6363761
Qualified in New York County
Commission Expires Nov. 26, 2022

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022