**UNITED STATES DISTRICT COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

---

IN RE EX PARTE APPLICATION OF SPS I
FUNDO DE INVESTIMENTO DE ACOES –
INVESTIMENTO NO EXTERIOR

Civil Action No. 1:22-mc-00118-LAK

**STIPULATION TO SET A**
**BRIEFING SCHEDULE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/1/22

---

Petitioner SPS I Fundo De Investimento De Ações – Investimento No Exterior's ("SPS") and Intervenors Joesley Batista, Wesley Batista, JBS S.A., and J&F Investimentos S.A. (together, the "Parties"), by and through their respective counsel, hereby submit this Stipulation to Set a Briefing Schedule:

WHEREAS, on April 22, 2022, SPS filed its Application on an *ex parte* basis (Dkt. 6);

WHEREAS, on April 26, 2022, the Court entered an Order granting SPS's Application (Dkt. 8);

WHEREAS, on May 3, 2022, Intervenors filed a letter motion with the Court seeking to intervene in the above-captioned action (the "Letter Motion to Intervene") (Dkt. 9). Intervenors stated in the Letter Motion to Intervene that, if the Court granted the motion, Intervenors intended to file a motion to vacate the Court's April 26, 2022 Order granting SPS's Application and to quash the resulting Subpoenas ("the Motion");

WHEREAS, on May 5, 2022, SPS filed a responsive letter opposing Intervenors' Letter Motion to Intervene (Dkt. 12);

WHEREAS, on May 20, 2022, the Court entered an Order granted Intervenors' letter motion to intervene (Dkt. 17);

WHEREAS, the parties met and conferred on May 20 and 23, 2022 regarding a proposed briefing schedule for the Motion;

ACCORDINGLY IT IS HEREBY STIPULATED AND AGREED that the briefing schedule for the Motion will be set as follows:

1. Intervenors' deadline to file the Motion is June 3, 2022.

2. SPS's deadline to file an opposition to the Motion is June 20, 2022.

3. Intervenors' deadline to file a reply in support of Intervenors' Motion is 10 days from the date SPS files its opposition to the Motion.

Respectfully submitted,

DATED: May 24, 2022

/s/ *Jeremy C. Hollembeak*

Jeremy C. Hollembeak
Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102-2068
(T): 402.636.8317
(F): (617) 712-7200
jhollembeak@bairdholm.com

*Attorney for Petitioner*

DATED: May 24, 2022

/s/ *Michael B. Carlinsky*

Michael B. Carlinsky
Lucas Bento
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor,
New York, New York 10010
(T): (212) 849-7000
(F): (212) 849-7100
michaelcarlinsky@quinnemanuel.com
lucasbento@quinnemanuel.com

Gavin Frisch
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, Massachussetts 02199
(T): (617) 712-7100
(F): (617) 712-7200
gavinfrisch@quinnemanuel.com

*Attorneys for Intervenors*

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

5/31/22