**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF SPS I FUNDO DE INVESTIMENTO DE AÇÕES – INVESTIMENTO NO EXTERIOR FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Case No. 1:22-mc-00118-LAK |

**NOTICE OF INTERVENORS JOESLEY BATISTA, WESLEY BATISTA, JBS S.A., AND J&F INVESTIMENTIOS S.A.'S MOTION TO VACATE THE COURT'S *EX PARTE* ORDER AND TO QUASH SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS FOR USE IN A FOREIGN PROCEEDING**

Pursuant to the Court's Order (ECF No. 8), 28 U.S.C. § 1782 and the Federal Rules of Civil Procedure 26, 45 and 60, Intervenors Joesley Batista, Wesley Batista, JBS S.A., and J&F Investimentos S.A. ("Intervenors"), by its undersigned attorneys, respectfully moves to vacate the Court's April 26, 2022 order ("Order") granting Applicant SPS I Fundo de Investimento de Ações – Investimento no Exterior's ("SPS" or "Petitioner") *ex parte* application to take discovery pursuant to 28 U.S.C. § 1782 (the "Application") and to Quash the subpoenas served on J.P. Morgan Chase Bank, N.A. ("J.P. Morgan") and Barclays USA, Inc. ("Barclays" and, with J.P. Morgan, "Respondents").

In support of its motion, Intervenors respectfully submit a Memorandum of Law In Support of its Motion to Vacate the Court's April 26, 2022 *Ex Parte* Order and Quash the Subpoenas, Declaration of Pablo Renteria dated June 3, 2022, with supporting exhibit, and Declaration of Lucas Bento dated June 3, 2022, with supporting exhibits.

Dated:  June 3, 2022	Respectfully submitted,

/s/ *Michael Carlinsky*

Michael Carlinsky
Lucas V.M. Bento
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, Floor 22
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
michaelcarlinsky@quinnemanuel.com
lucasbento@quinnemanuel.com

Gavin Frisch (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, Massachussetts 02199
Telephone: (617) 712-7100
Facsimilie: (617) 712-7200
gavinfrisch@quinnemanuel.com

*Attorneys for Intervenors Joesley Batista, Wesley Batista, JBS S.A., and J&F Investimentos*