**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF SPS I FUNDO DE INVESTIMENTO DE AÇÕES – INVESTIMENTO NO EXTERIOR FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Case No.  1:22-mc-00118-LAK |

## DECLARATION OF LUCAS V.M. BENTO

I, Lucas V.M. Bento, declare as follows:

1. I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Joesley Batista, Wesley Batista, JBS S.A., and J&F Investimentos S.A. ("Intervenors").  I submit this declaration in support of Intervenors' Motion to Vacate the Court's April 26, 2022 *Ex Parte* Order Authorizing SPS I Fundo de Investimento de Ações – Investimento no Exterior ("SPS" or "Petitioner") to Take Discovery Pursuant to 28 U.S.C. § 1782 and to Quash the Subpoenas served on J.P. Morgan Chase Bank, N.A. ("J.P. Morgan") and Barclays USA, Inc. ("Barclays" and, with J.P. Morgan, "Respondents") in the above-captioned matter.

2. Attached hereto as **Exhibit 1** is a true and correct copy of SPS's § 1782 application seeking discovery from Colorado Investment Holdings LLC in *In re Ex Parte Application of SPS I Fundo de Investimento* de *Ações – Investimento no Exterior for and Order to Take Discovery Pursuant to 28 U.S.C. § 1782*, Case No. 1:21-mc-00532-RGA (D. Del.) (the "Delaware 1782 Action"), as filed on December 6, 2021 at Dkt. 1.

3. Attached hereto as **Exhibit 2** are true and correct copies of the subpoenas SPS has requested to serve on Colorado Investment Holdings LLC in the Delaware 1782 Action, as filed on December 6, 2021 at Dkt. 2-1.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Colorado Investment Holdings LLC's Motion to Vacate the Court's Order and to Quash the Subpoenas in the Delaware 1782 Action, as filed on January 10, 2022 at Dkt. 9.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the opening brief in support of Colorado Investment Holdings LLC's Motion to Vacate the Court's Order and to Quash the Subpoenas in the Delaware 1782 Action, as filed on January 10, 2022 at Dkt. 10.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the Declaration of Pablo Renteria in the Delaware 1782 Action, as filed on January 10, 2022 at Dkt. 13.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the Entity Search Results from the New York Department of State Division of Corporations' Corporation and Business Entity Database, available at https://apps.dos.ny.gov/publicInquiry/, for "Barclays USA Inc.," which I caused to be printed on June 3, 2022.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the Entity Search Results from the New York Department of State Division of Corporations' Corporation and Business Entity Database, available at https://apps.dos.ny.gov/publicInquiry/, for "Barclays" which I caused to be printed on June 3, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 3, 2022.

*/s/ Lucas V.M. Bento*
Lucas V.M. Bento