# EXHIBIT 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>*EX PARTE* APPLICATION OF SPS I FUNDO DE INVESTIMENTO DE AÇÕES – INVESTIMENTO NO EXTERIOR FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | C.A. No. 1:21-mc-00532-RGA |

### MOTION TO VACATE THE COURT'S ORDER AND QUASH SUBPOENAS

Respondent Colorado Investment Holdings LLC f/k/a Blessed Holdings LLC ("Respondent") hereby moves for an order vacating the December 8, 2021 Order (D.I. 4) and quashing the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action and the Subpoena to Testify at a Deposition in a Civil Action issued thereunder. The grounds for this motion are set forth in Respondent's Opening Brief in support of this motion, the Declaration of Bernardo Freire, the Declaration of Jonathan Robert Murphy, the Declaration of Pablo Renteria, and the accompanying exhibits thereto.

                                                           */s/ Michael A. Barlow*
                                                          Michael A. Barlow (#3928)
                                                          Samuel D. Cordle (#6717)
                                                          ABRAMS & BAYLISS LLP
                                                          20 Montchanin Road, Suite 200
                                                          Wilmington, Delaware 19807
                                                          (302) 778-1000
                                                          Barlow@AbramsBayliss.com
                                                          Cordle@AbramsBayliss.com

                                                          *Attorneys for Respondent Colorado Investment*
                                                          *Holdings LLC*

DATED: January 10, 2022

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>*EX PARTE* APPLICATION OF SPS I FUNDO DE INVESTIMENTO DE AÇÕES – INVESTIMENTO NO EXTERIOR FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | C.A. No. 1:21-mc-00532-RGA |

## [PROPOSED] ORDER GRANTING RESPONDENT'S MOTION TO VACATE THE COURT'S ORDER AND QUASH SUBPOENAS

Respondent Colorado Investment Holdings LLC f/k/a Blessed Holdings LLC ("Respondent") having filed a motion to vacate the December 8, 2021 Order (D.I. 4) and quash the subpoenas issued thereunder (the "Motion"), and the Court having duly considered the Motion,

IT IS HEREBY ORDERED this _____ day of _____, 2022 that:

1. The Motion is GRANTED.

2. The Court's December 8, 2021 Order (D.I. 4) is VACATED.

3. The Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action and the Subpoena to Testify at a Deposition in a Civil Action served on Respondent on December 13, 2021 are QUASHED.

_____
The Honorable Richard G. Andrews
United States District Court Judge