UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF SPS I FUNDO DE INVESTMENTO DE AÇÕES – INVESTMENTO NO EXTERIOR | Case No. 22-MC-00118-LAK |

**NOTICE OF APPEAL**

Pursuant to 28 U.S.C. § 1291, Intervenors Joesley Batista, Wesley Batista, JBS S.A. and J&F Investimentos S.A. hereby appeal to the United States Court of Appeals for the Second Circuit from the following orders: (1) the April 26, 2022 Order (Dkt. No. 8), granting Petitioner's *ex parte* application under 28 U.S.C § 1782; and (2) the December 9, 2022 Order (Dkt. No. 34) denying Intervenors' motion to vacate the April 26, 2022 Order and to quash the subpoenas issued pursuant to that order.

DATED: New York, New York
December 22, 2022

Respectfully submitted,

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

Gavin Frisch
111 Huntington Avenue, Suite 520
Boston, Massachusetts 02199
(617) 712-7100
gavinfrisch@quinnemanuel.com

By:  */s/ William B. Adams*
Michael B. Carlinsky
William B. Adams
Lucas V.M. Bento
51 Madison Avenue, 22nd Floor
New York, New York  10010
(212) 849-7000
michaelcarlinsky@quinnemanuel.com
williamadams@quinnemanuel.com
lucasbento@quinnemanuel.com

*Attorneys for Intervenors Joesley Batista, Wesley Batista, JBS S.A., and J&F Investimentos S.A.*