**SUPPLEMENTAL HOLLEMBEAK DECLARATION
IN SUPPORT OF AMENDED APPLICATION OF SPS I FUNDO DE
INVESTIMENTO DE AÇÕES – INVESTIMENTO NO EXTERIOR
FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

# EXHIBIT B

Printout from https://bank-code.net/swift-code/BARCUS33XXX.html (last visited April 18, 2023) (showing that for international transactions, SWIFT Code BACUS33XXX uniquely identifies Barclays NY's "head office branch" and "primary office" as 745 Seventh Avenue, New York, NY 10019)

Bank Codes

# BARCUS33XXX - SWIFT Code (BIC) - BARCLAYS BANK PLC - UNITED STATES

The **BARCUS33XXX** swift code uniquely identifies the head office branch of **BARCLAYS BANK PLC** in **NEW YORK**, **UNITED STATES** and it's essential for verifying international wire transfers.

The SWIFT code (BIC) provides essential information about the bank and branch involved in the transaction. Checking this information is crucial for making or receiving payments correctly. Some banks have associated branches with specific addresses, which helps match SWIFT codes with their respective offices.

The BARCUS33XXX SWIFT / BIC code details below provide businesses and individuals with an easy way of verifying bank details and avoiding international money transfer mistakes.

## International Money Transfers

When you send or receive an international wire with your bank, you might lose money on a bad exchange rate, which is like a hidden fee. That's because the banks still use an old system to exchange money. We recommend you use **Wise**, which is usually much cheaper. Wise's smart technology:

- Gives you a great exchange rate and a low, upfront fee every time.
- Moves your money as fast as the banks, and often faster – some currencies go through in minutes.
- Protects you with bank-level security.
- Serves 60+ currencies, 175+ countries, and over 15 million customers.
- Whether you're getting paid by businesses or clients abroad, or simply receiving money from friends or family, with the Wise Multi-currency Account you can get instant international bank details to receive money from over 80 countries around the world.
- 5/5 star rating and more than 190.000 reviews on TrustPilot.

Receive Money    Send Money

| BARCUS33XXX SWIFT CODE DETAILS - BARCLAYS BANK PLC | |
|---|---|
| **SWIFT CODE** | **BARCUS33XXX** <br> Click to Copy    Send by Email |
| **SWIFT CODE** <br> **(8 characters)** | **BARCUS33** |
| **BANK NAME** | **BARCLAYS BANK PLC** |
| **BRANCH** | **Primary Office** |

| | |
|---|---|
| **BARCUS33XXX SWIFT CODE DETAILS - BARCLAYS BANK PLC** | |
| **BRANCH CODE** | XXX |
| **COUNTRY** | UNITED STATES (US) |
| **CITY** | NEW YORK |
| **ADDRESS** | 745 7TH AVENUE |
| **ZIP / POSTAL CODE** | 10019 |
| **CODE STATUS** | Active - Check |
| **MONEY TRANSFER** | Save on international fees by using Wise, which is up to 8x cheaper than SWIFT transfers. |

Please remember to always confirm the correct swift code with the bank or recipient before sending or receiving any money.

# BARCUS33XXX Swift Code Structure

**SWIFT CODE:**

BARCUS33 or BARCUS33XXX

**SWIFT DIGITS:**

8 - The short 8-letter swift refers to the **PRIMARY** Office of BARCLAYS BANK PLC

**BANK CODE:**

BARC - This is the institution / bank code assigned to BARCLAYS BANK PLC.

**COUNTRY CODE:**

US - This is the 2-letter country code associated with UNITED STATES (US).

**LOCATION CODE:**

33 - This represents the location code, and the second digit/character has a value of **"3"**. This means it's an active code.

**BRANCH CODE:**

XXX - This branch code value means this is the Primary Office (or Head Office) branch for BARCLAYS BANK PLC (this branch code is optional).

## Swift Codes for Popular Banks in United States

Case 1:22-mc-00118-LAK Document 50-2 Filed 04/26/23 Page 4 of 4

| BANK OF AMERICA, N.A. | JPMORGAN CHASE BANK, N.A. | CITIBANK N.A. |

| CAPITAL ONE, N.A. | PNC BANK, N.A. | SANTANDER BANK, N.A. |

| USAA FEDERAL SAVINGS BANK | U.S. BANK N.A. | WELLS FARGO BANK, N.A. |

## Frequently Asked Questions

**What are SWIFT codes?** ⊖

A SWIFT code is a set of 8 or 11 digits that uniquely identify a bank branch. You'll need to use one when sending money internationally.

If you want to send money to BARCLAYS BANK PLC, you will need the BARCUS33XXX SWIFT code and the recipient's IBAN number.

**What are BIC codes?** ⊕

**Is a SWIFT code the same for all branches?** ⊕

**Do you need a SWIFT code for international transfers?** ⊕

**What is a Routing Number?** ⊕

---

**Disclaimer**

All the information published on this website is strictly for personal use only and should never be used without verification, on any type of transaction. For professional use, you must subscribe to the SWIFT Online directories at the SWIFT website. bank-code.net shall not be held responsible or liable for any loss or damage suffered by you because of incorrect or incomplete information in this page.

If you're not sure about any of the swift code details you're using, get in touch with the bank or financial institution in question. They should be able to give you the right information.

© Bank Codes - Swift Codes - 2023 | About Us | Contact | Privacy Policy