**SUPPLEMENTAL HOLLEMBEAK DECLARATION
IN SUPPORT OF AMENDED APPLICATION OF SPS I FUNDO DE
INVESTIMENTO DE AÇÕES – INVESTIMENTO NO EXTERIOR
FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

# **EXHIBIT C**

Printout from The Clearing House's website showing Barclays NY acts as a CHIPS participant from its address at 75 Wall Street, New York, NY 10265

# CHIPS Participant

*(close window)*

## Information Current as of: 04/18/2023

| UID | BIC/SWIFT | Name and Address |
|---|---|---|
| 306393 | | BARCLAYS BANK PLC<br>LOAN ADMINISTRATION CONTROL ACCT.<br>75 WALL STREET, 16TH FLOOR<br>NEW YORK, NY 10265 |

## Participants Attached (Total: 1)

| Participant # | Participant Name |
|---|---|
| 0257 | BARCLAYS BANK PLC |

© 2023. The Clearing House Payments Company, LLC

*(close window)*