**SUPPLEMENTAL HOLLEMBEAK DECLARATION
IN SUPPORT OF AMENDED APPLICATION OF SPS I FUNDO DE
INVESTIMENTO DE AÇÕES – INVESTIMENTO NO EXTERIOR
FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

# EXHIBIT D

Printout of Fedwire's website showing Barclays NY as a Fedwire participant from its New York location

 (https://www.frbservices.org/)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** BARCLAYS BANK, PLC
**Location:** NEW YORK, NY
**Routing Number:** 0260-0257-4
**Telegraphic Name:** BARCLAYS PLC
**Revised:** December 18, 2008
**Book-Entry Securities:** Eligible
**Funds:** Eligible

Back To Results    New search (searchFedwire.html)    Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is April 17, 2023.