**SUPPLEMENTAL HOLLEMBEAK DECLARATION
IN SUPPORT OF AMENDED APPLICATION OF SPS I FUNDO DE
INVESTIMENTO DE AÇÕES – INVESTIMENTO NO EXTERIOR
FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

# EXHIBIT E

Printout from the NYDFS's website showing Barclays NY is registered as both a "Foreign Branch" and an "Exempt Mortgage Loan Servicer" from its address at 745 Seventh Avenue, New York, NY 10019



(http://www.dfs.ny.gov/) 

## Who We Supervise

**Enter the Name and/or Type of institution you are searching for:**

- For a list of **ALL** DFS-supervised institutions, **leave both fields blank** and hit Search
- For a list of **one type** of institution (for example, all Check Cashers we supervise), leave Name field blank, and **choose the business type from the drop-down menu,** and hit Search.
- **If you have a name,** but don't know the type of business, **enter what you know in the Name field, leave the Type field blank** and hit Search.

**Name of Institution:**

barclays bank plc

**Type of Institution:**

Search    Reset

Sort   PRIMARY NAME Ascendin ⌄

**Search Results Include 2 Primary Institutions**
**Download Search Results:** CSV

(1 of 1)         25 ⌄

| PRIMARY NAME | Barclays Bank PLC |
|---|---|
| MAIN ADDRESS | 745 Seventh Avenue New York, NY 10019 |
| MAIL ADDRESS | |
| INSTITUTION TYPE | Foreign Branch |
| INST. LIC INACTIVE | |
| INSTITUTION PHONE | |

| | |
|---|---|
| PRIMARY NAME | Barclays Bank PLC |
| MAIN ADDRESS | 745 Seventh Avenue New York, NY 10019 |
| MAIL ADDRESS | |
| INSTITUTION TYPE | Exempt Mortgage Loan Servicer |
| INST. LIC INACTIVE | |
| INSTITUTION PHONE | |

(1 of 1)   25

## HELP AND INFORMATION

✉ Get Help (/web/guest/portal-help)    🌐 Visit Us (http://www.dfs.ny.gov)