**SUPPLEMENTAL HOLLEMBEAK DECLARATION
IN SUPPORT OF AMENDED APPLICATION OF SPS I FUNDO DE
INVESTIMENTO DE AÇÕES – INVESTIMENTO NO EXTERIOR
FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

# __EXHIBIT G__

http://web.archive.org/web/20220408190000/https://home.barclays/careers/barclays-office-locations/ (last visited April 19, 2023) (printout of Barclays website from April 8, 2022 from The Wayback Machine

Error loading skin:
Invalid XML

Open accessibility panel / video player controls

# Barclays office locations

Barclays moves, lends, invests and protects money for customers worldwide, and we're proud to operate in offices in a number of locations around the world from the UK to the US, to India, Asia Pacific, and beyond.

## Key Barclays hubs in the UK and Ireland

## London

If you love the buzz of city life, our global HQ is the place to be. Our London hub is in Canary Wharf, at the heart of London's financial district. Here, you won't just be perfectly placed to explore the nation's capital; you'll be in a place where you can explore all the many functions and opportunities of a global financial giant. And if you're technically minded, you'll get more from your tech career by collaborating with other brilliant minds on game-changing innovations that are redefining the future of finance.

There are over 2,000 colleagues in our London hub – it's a hugely diverse workforce of specialist teams comprised of the world's best financial and tech talent. You'll find an excellent array of facilities here, as well as walkways to the Canary Wharf underground station and the shopping mall. It all adds up to a unique destination that's bursting with opportunities: get ready to discover new roles and to get your teeth into the most exciting technological challenges.

# Northampton

Northampton is a key strategic hub, and home to a community of over 3,000 talented people, who come together to explore, discover and innovate. And they do it through CoLabs – fast-paced, focused think tanks, where people from diverse teams can get together and solve problems. CoLabs are at the heart of our agile, highly collaborative culture, and it's here that exciting new cards such as bPay by Barclaycard and NFC tap and pay for Android were created. In addition to all this, our team is behind global business developments such as fraud leveraging machine learning, and redesigning technology for the contact centre of the future. With so much happening, it's the ideal place for a diverse career path.

You'll find our brilliant Barclays minds in our lakeside office, built in 1996. It's not only environmentally friendly, but also people-friendly too. Here, we encourage wellbeing – from mental health to healthy living to health awareness. And we also get involved in a variety of good causes including the Prince's Trust and local charities. With many on-site facilities too, there's everything you need to thrive on a personal and professional level.

# Glasgow

Barclays traces its history in Scotland back over 250 years. Having grown from 40 colleagues we are now 3,500 talented individuals in one connected community where colleagues can be themselves and achieve their full potential.

This is an exciting time to be at Barclays. We're growing our Glasgow team to nearly double in size. And we're looking forward to moving into our brand-new campus, opening in 2021.

A short walk from Central Station on the south of the Clyde, it will be a game-changing location for the Barclays business that will deepen our ties with the city and its communities. At this state-of-the-art facility, you'll work with, and learn from, likeminded colleagues across a range of disciplines, all of them passionate about redefining the future of finance.

We don't create walls or boundaries. Our leaders are visible and accessible. We share knowledge and ideas across teams and departments. We support and care for each other, and make everyone feel at home. In such a collaborative, connected environment, there will be huge potential to grow as our team expands.

# Knutsford

Set in a stunning 64-acre site, Barclays Technology Centre Radbroke in Knutsford, Cheshire, is a tech hub like no other. The campus has tennis courts, gardens and even bee hives, as well as the latest in technology systems, equipment, and development.

Radbroke is our biggest tech hub and our 24/7 command centre. Here, we monitor critical production systems continuously and protect one billion transactions every two minutes. Radbroke is also where game-changing technology firsts are dreamt up and brought to life. Mobile apps, Cloud-based systems, cyber security: we explore a huge range of areas and incredible possibilities.

Behind our world-leading innovations is a 3,500-strong team: some of the world's best tech minds who are re-defining the future of finance, each and every day. It's an incredibly diverse community with talents in all kinds of areas, from academics to project masterminds to people who build robots. They work in a hotbed of collaboration, ingenuity and imagination, sharing ideas and enjoying access to a range of modern, flexible training.

# Manchester

Manchester is one of the most exciting cities to live and work in the UK. It's a vibrant, energetic place – an important centre of gravity for business and technology, with a thriving cultural life and its own unique identity. It's also a place where every function of the Barclays organisation is represented and is the biggest community of Barclays colleagues (over 1500) outside of Canary Wharf in London. From colleagues serving customers in our branch network or Skybranch, to technical experts developing our digital products at our Radbroke campus.

Our central Manchester offices are right at the heart of the action in Spinningfields and Piccadilly place – these are hubs for all of our operations in the region, places where colleagues from across the Manchester area come together in an atmosphere of community and collaboration. Right here in the North West, we're redefining the future of finance.

# Northwich (Gadbrook)

Gadbrook Park in Northwich, Cheshire, is home to three main Barclays teams across two buildings, Octagon House and Osborne Court. Here you'll find more than 1,300 passionate colleagues who make up our Corporate Client Service team, our Business Banking Telephony team, and our Direct Relationship Management team. These teams have built a strong reputation for exceptionally high standards of customer service, as they provide a seamless experience to help our business and corporate clients grow and prosper.

Here in Cheshire, Barclays is committed to providing an exciting and rewarding place to work, where people are supported and encouraged to develop their very best careers. In fact, we have achieved Investors in People Platinum status in recognition of our commitment to our people's development. We're also home to the annual Barclays Gadbrook Globes Awards, where Barclays colleagues from around the UK come together to recognise each other's achievements and enjoy a true sense of community.

# Dublin

Barclays has had a presence in Ireland for over 40 years. Our office is located in Dublin's city centre, employing over 275 talented and passionate experts who work across multiple business areas including Corporate Banking, Private Banking, Markets, Operations, Legal and HR. We provide the full suite of banking products and services that our corporate, institutional and private banking clients demand.

The Dublin office is home to Barclays Europe, the central hub for our licensed banking activity across Europe. We have a strong proposition across our European footprint, which is increasing in strength as we invest heavily in people and technology to deliver greater capability to our clients.

All of this means Barclays Dublin is a place where our diverse community of colleagues can develop and create the big ideas that can become industry-leading realities. Where the best talent in the world can build careers full of scope and variety, by creating the solutions that meet today's demands, answer tomorrow's questions and redefine the future of finance.

# Key Barclays hubs in the US

## Whippany

Whippany is our first purpose-built campus, and it will lead the way for others. We are bringing together colleagues with a wide range of skills to build a unique community of professionals with a common purpose that creates unrivalled opportunities for collaboration, innovation and growth.

Whippany will house two state-of-the-art command centres – Technology, and Cyber Security – and is absolutely key to our US and global strategy, and central to the way we'll develop as the world and the needs of our customers and clients evolve.

It's a flexible environment where unrivalled connectivity and mobility come as standard: from our monitors to our video phones, wireless headsets and laptops, we're giving our colleagues the very best tech available. Whippany is 63-acres and over 500,000 square feet of brand new office and amenity facilities: a ground-breaking and green place to work, centered around our colleagues and integrating space, technology and immersive experiences that build a sense of heritage and belonging. Whippany is like no other banking environment: providing world-class careers in a world-class environment.

## New York

New York is home to Barclays' US headquarters, and the Americas hub for our Corporate and Investment Bank (CIB). Here, over 4,500 colleagues come together in front office and infrastructure roles to support our CIB clients. It's a community of client-focused, dedicated professionals who work every day to create opportunities and solve challenges for some of the world's most important companies, from start-ups to industry leaders.

Capitalizing on our exciting Times Square location, our 32-story office tower at 745 Seventh Avenue is wrapped in LED screens promoting our client successes and citizenship activities. Our trading floors buzz with the energy of one of the world's largest investment banks, and leading investors and corporate clients regularly convene using our extensive conference center to discuss how we can help them achieve their visions for their businesses.

As you would expect from such a dynamic working environment, there are many facilities available for colleagues. There's a cafeteria and coffee shop, a fitness center, a health center and two convenience stores reserved for colleague use. And just outside the door you'll find the restaurants and attractions that make Times Square the "Crossroads of the World." We're also close to multiple public transportation options, which make for a simple commute into the vibrant heart of this incredible city.

# Wilmington

Wilmington is the largest city in Delaware, known for its tax-free shopping and being the Corporate Capital of America. It's also where you'll find Barclays US Consumer Bank, an exciting, diverse and fast-paced place to work, which has more than 10m customers in the United States.

We are the 9th largest, and one of the fastest-growing credit card issuers in the United States, supporting some of the biggest US brands and sports organisations with their payment and lending needs.

Our Dryrock Building on the Wilmington Riverfront, with its award-winning green roof, is home to over 1500 Barclays colleagues, including the business and partnership teams who manage  more than $75 billion of credit card transactions each year. We have a real desire and enthusiasm to connect with our Barclays colleagues across the USA to develop the disruptive technologies that will continue to make the bank stand out in the banking and payments market.

We're technically excellent experts in our chosen fields, innovative, collaborative and client-centered. We're showing the world how we're redefining the future of finance.

# Key Barclays hubs in India and Asia Pacific

## Singapore

Singapore is a lively, bustling city location, and central to many businesses in Asia. Our Singapore office is home to Barclays' various business operations, covering Markets, Banking, Corporate Banking and Research, with over 900 employees, and is the location with the most Barclays employees in Asia Pacific.

Located in the Marina Bay Financial Centre, Barclays Singapore office is in the heart of the city's central business district. Marina Bay is a modern, multi-functional complex that includes offices, homes, shops and restaurants. Within the same office is Barclays' state-of-the-art trading floor, built with many market-leading features in facilities and technology, designed to create a holistic working experience for our colleagues.

As an integral part of Barclays' global operations, there is immense scope in our work. Every colleague is united by their passion for excellence and their drive to create innovative solutions.

## India

Barclays in India delivers operational excellence, game-changing innovation, and outstanding customer experience to our customers and clients worldwide. Millions of people rely on Barclays to understand their needs, hopes and aspirations; to protect them and their finances in a fast-changing digital world; to keep innovating the products and services that will keep them safer today and help them be stronger tomorrow - our teams in India make this possible.  We are proud to say that we are among the leaders in the Corporate and Investment Banking, while the global service centres in India provides the critical technology solutions and services to Barclays across the globe. With teams operating out of sites in Pune, Mumbai, Chennai and Noida, we have a diverse and talented workforce of 19,000 employees supporting customers, clients, colleagues and society with a common purpose of "creating opportunities to rise".

Building on our diverse and inclusive workplace culture is key to our success. Barclays in India is proud to be recognised amongst the top 10 companies by Working Mother Media and AVTAR Group in their list of the '100 Best Companies for Women in India' for the second year in a row.

We have also been named amongst the top three companies in the UK's 'Top 50 Scots in Gender' as part of the 2019 I Inspire awards.

Our people are at the core of our strategy, each day is about being more – as a professional, as a person. It's about being more globally connected, being more inspired, being more impactful and being more valued. We aim to foster a culture where everyone feels confident in bringing their whole selves to work. Our offices are also home to a variety of excellent services and facilities, giving you the tools you need to make the most out of your working day, keeping your health and wellbeing at the centre of everything we do.

## CHENNAI

Chennai is one of our key strategic locations. We have over 5000 talented and passionate Barclays colleagues housed in Chennai across Finance and HR functions, to Ooperationsal and Ttechnology ensuring the bank's technology and infrastructure runs smoothly.

Our office is well-equipped with state-of-the-art technology and is designed to provide a vibrant and unique working environment for our colleagues. It's a place that makes the most of co-location, a place where we continuously collaborate and innovate, striving to deliver outstanding customer experience alongside operational efficiency for the bank.

## PUNE

Our Pune Campus is one of the largest technology hubs in India and the latest state-of-the-art flagship location for Barclays. Home to 9000 colleagues across oOperations, tTechnology and fFunctions, our aim is to build game-changing technology that supports businesses and functions across the globe, offering the highest quality service to our clients and customers.

The campus is a truly world-class facility, designed to be a vibrant working environment, with facilities to promote dynamic working and collaboration between our colleagues. The on-site facilities include a crèche, eateries, and a fully equipped gym. There are also dedicated spaces for colleagues to relax, network and collaborate such as a games arcade, music lounge, and cultural space.

## NOIDA

Noida was our first strategic site of significant scale in India. The Noida office opened in 2008 and since then has continued to grow considerably. With our growth, we have increased the capability of the site and the diversity of thought and backgrounds of our colleagues.

The co-location of our teams across our sites in India enables us to better collaborate and innovate, delivering best-in-class solutions. The Noida office is home to around 5000 colleagues, who support multiple teams across Voice, Data, Business Operations, and Functions.

## MUMBAI

Mumbai is home to our Global Market Operations, Research teams, and group Functions. Mumbai is also home to Rise, our FinTech platform created by Barclays, which brings together a global community of innovators that are creating the future of financial services. Rise operates FinTech hubs around the world, where cutting-edge start-ups and scale-ups can connect, create and scale their businesses, backed by our Barclays' global network of industry experts, mentors, investors and partners. This innovative atmosphere translates into our work in Mumbai, where our colleagues push boundaries to solve challenges and create opportunities for development and innovation in the work that they do.

# Apply now

Search our roles