**SUPPLEMENTAL HOLLEMBEAK DECLARATION
IN SUPPORT OF AMENDED APPLICATION OF SPS I FUNDO DE
INVESTIMENTO DE AÇÕES – INVESTIMENTO NO EXTERIOR
FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

# **EXHIBIT H**

Job Posting for Electronic Trading Controls AVP, https://search.jobs.barclays/job/new-york/electronic-trading-controls-avp/13015/47303415984 (last visited April 19, 2023)



Search form    Helpdesk    Saved jobs    Your account    Menu

# Electronic Trading Controls AVP

New York, NY

Apply for job

## More content

| | |
|---|---|
| **Date live:** | **Business Area:** |
| Apr. 11, 2023 | COO & Functions |
| **Area of Expertise:** | **Reference Code:** |
| Operations | 90368396 |
| **Contract:** | **Salary / Rate** |
| Permanent | USD 110000 to 145000 |



**OUR BARCLAYS STORY**

**There's no better place in which to build your future. Find our more here.**



Helpdesk

Menu

and more.

**Explore location**

**Electronic Trading Controls – Assistant Vice President**
**New York**

As a Barclays Electronic Trading Controls – AVP, you will be responsible for running controls, assessing the design, operating effectiveness of controls, and working with the business to design new controls for the Liquidity Crossing (LX) Electronic Trading business. You will also be running controls and evidencing the controls ran. In addition, you will analyze large data sets in support of the business. This is a great opportunity for you to ensure that the Bank's first line of defense controls are effectively implemented.

Salary / Rate Minimum: $110,000
Salary / Rate Maximum: $145,000

**The minimum and maximum salary/rate information above include only base salary or base hourly rate. It does not include any another type of compensation or benefits that may be available.**

Barclays is one of the world's largest and most respected financial institutions, with 329 years of success, quality, and innovation behind us. We've helped millions of individuals and businesses thrive, creating financial and digital solutions that the world now takes for granted. An important and growing presence in the USA, we offer careers providing endless opportunity.



continue to change and evolve. Depending on your team, typically this means that colleagues spend a minimum of between 20% to 60% of their time in the office, which could be over a week, a month or a quarter. However, some colleagues may choose to spend more time in the office over a typical period than their role type requires. We also have a flexible working process where, subject to business needs, all colleagues globally are able to request work patterns to reflect their personal circumstances

Please discuss the detail of the working pattern options for the role with the hiring manager.

**What will you be doing?**

•   Managing and running controls owned by the first line of defense, and assisting in the LX Electronic Trading business in New York
•   Engaging with team members to test controls and to ensure controls remains fit for purpose and the operational effectiveness
•   Communicating with team members and the business to identify opportunities for new controls and to work on the design and implementation of new controls
•   Training business users on how to run/perform business owned controls where required
•   Partnering with Risk and Audit on common areas of interest to provide an enriched controls advisory service

**What we're looking for:**

•   Excellent XLS skills to support modelling and analytics
•   Business Analysis experience and ability to identify and document business requirements
•   Excellent communication skills as this person will be working directly with the Business, Technology, Legal, Compliance, Audit, and other functional areas of the bank

**Skills that will help you in the role:**



Helpdesk

Menu

**Where will you be working?**

You will be working at our Americas Headquarters at 745 Seventh Avenue. This 32-story office tower is located in Times Square in the heart of Manhattan and features a cafeteria, fitness center and state-of-the-art LED signage on the facade of the building.

#LI-Hybrid

USD 110000 to 145000

## More about working at Barclays

**Barclays in the US**

Barclays offers corporate and investment banking and credit card services in the US. Our 10,000 US colleagues are located in offices across the country, with headquarters in New York City, a world-class campus in Whippany, New Jersey hosting our Technology and Functional Teams, and sites in Nevada and Delaware supporting our contact center operations.

**Purpose and Values**

**Diversity and Inclusion**

**Working Flexibly**



Helpdesk

Menu

## More content

### OUR BARCLAYS STORY
**There's no better place in which to build your future. Find our more here.**

## The Barclays Way

This is the spirit of Barclays. It's why we exist, what we believe and how we behave. But most importantly, it's how we make decisions, take action and get things done.

Learn more



Helpdesk

Menu

We exist to provide responsible finance to people and business – but also a whole lot more.

## Values

We believe great talent RISES. It acts with Respect, Integrity, Service, Excellence and Stewardship.

## Mindset

We discover our full potential through our desire to Empower, Challenge and Drive each other.

## Related jobs

**Prime Financing MO Manager**

New York (United States)

05 Apr

**Prime Finance Business Control Manager**

New York (United States)

15 Mar

**Markets Supervision**

New York (United States)

16 Feb

**BCO - Securitized Products**

New York (United States)

20 Jan

home.barclays



Helpdesk

Menu

Website Accessibility

   

Registered office for all: 1 Churchill Place, London E14 5HP