**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF SPS I FUNDO DE INVESTIMENTO DE AÇÕES – INVESTIMENTO NO EXTERIOR FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Case No. 1:22-mc-00118-LAK |

## SECOND SUPPLEMENTAL DECLARATION OF LUCAS V.M. BENTO

I, Lucas V.M. Bento, declare as follows:

1. I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Joesley Batista, Wesley Batista, JBS S.A., and J&F Investimentos S.A. ("Intervenors"). I submit this declaration in support of Intervenors' Memorandum of Law in Opposition to SPS I Fundo de Investimento de Ações – Investimento no Exterior's ("SPS" or "Petitioner") Amended Application for Order Pursuant to 28 U.S.C. § 1782, Dkt. 48, in the above-captioned matter.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt of Barclays Bank PLC's Form 20-F (Feb. 15, 2023), https://www.sec.gov/Archives/edgar/data/312070/000031207023000005/bbplc-20221231.htm, which I caused to be printed on May 18, 2022.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Search Results from the International Consortium of Investigative Journalists' FinCEN Files repository, available at https://www.documentcloud.org/app?q=%2Bproject%3Afincen-files-50976, for "Valdarco Investments, Ltd." which I caused to be printed on May 18, 2023.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Search Results from the International Consortium of Investigative Journalists' FinCen Files repository, available at

1

https://www.documentcloud.org/app?q=%2Bproject%3Afincen-files-50976, for "Unifleisch SA" which I caused to be printed on May 18, 2023.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Search Results from the International Consortium of Investigative Journalists' FinCen Files repository, available at https://www.documentcloud.org/app?q=%2Bproject%3Afincen-files-50976, for "Unifleisch Limited" which I caused to be printed on May 18, 2023.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the Search Results from the International Consortium of Investigative Journalists' FinCEN Files repository, available at https://www.documentcloud.org/app?q=%2Bproject%3Afincen-files-50976, for "Lunsville International, Inc." which I caused to be printed on May 18, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 18, 2023.

/s/ Lucas V.M. Bento
Lucas V.M. Bento