# EXHIBIT 2





**No search results**

Your search query returned no results. Try again with a broader search query.