# EXHIBIT 4

Home · Help ▾ · Language ▾ · Sign in

🔍 +project:fincen-files "Unifleisch Limited"   ✕

Search tips: add filters by typing `user:`, `project:`, or `organization:`, etc. Use `sort:` to order results. Learn more

## Search Results

← **1 - 0 DOCUMENTS** →



**No search results**

Your search query returned no results. Try again with a broader search query.