# EXHIBIT 5



Search Results

**1 - 0
DOCUMENTS**

**No search results**



Your search query returned no results. Try again with a broader search query.