# EXHIBIT E

# PABLO W. RENTERIA

## General Information

**Address** Avenida Nilo Peçanha, n. 50, room 405,
Rio de Janeiro – RJ, Brazil.
**E-mail** pwr@renteria.adv.br
**Tel.:** +55 (21) 99251-3232

## Professional activity

Mr. Renteria is admitted to the Bar Association of Brazil, Rio de Janeiro Section, under n. 132.778. He is a founding partner at Renteria Advogados Associados. He acts as counsel and arbitrator. His main areas of expertise are Corporate Law, Contract Law and Capital Markets.

Mr. Renteria is the General Secretary of the Brazilian Committee of the *Association Henri Capitant des Amis de la Culture Juridique Française*. He is a member of the Brazilian Institute of Private Law and a founding member of the Brazilian Institute of Contract Law. He is a member of the Private Law, Capital Markets and Corporate Law Committees of the Brazilian Bar Association, Rio de Janeiro Section.

## Academic Activities

Mr. Renteria is a professor of private law at the Pontifical Catholic University of Rio de Janeiro (PUC-Rio). He is also a professor of private law and securities market regulation in post-graduate courses at PUC-Rio, the Rio de Janeiro State University (UERJ), the State Magistracy School of Rio de Janeiro (EMERJ), the São Paulo Lawyers Institute – IASP and the Brazilian Association of Publicly-Held Companies (ABRASCA). He is the Coordinator of the Legal Practice Center on Securities Regulation at the Law School of Fundação Getulio Vargas (FGV). He was a Visiting Fellow at Max Planck Institute for International and Comparative Private Law, Hamburg – Germany (2012).

## Academic Background

Mr. Renteria hold a PhD (2014) and a Master (2007) degrees in private law from UERJ. He also holds a Master degree in international law from Paris II University – *Panthéon-Assas* (2003), and a J.D. equivalent degree from the PUC-Rio (2004).

## Professional Experience in the Public Sector

Mr. Renteria was a commissioner (2015-2018) at the Brazilian Securities and Exchange Commission (CVM). He also served at CVM as the Superintendent of Administrative Proceedings (2011-2013), the Chairperson's Chief of Staff (2009-2011) and Advisor for Regulatory Matters (2008-2009). He was a director at the Brazilian Council of Private Insurance (CNSP) (2017-2018).

Mr. Renteria represented Brazil at the Corporate Governance Committee of the Organization for Economic Cooperation and Development (OECD) (2015-2018) and

represented CVM in the Latin American Roundtable on Corporate Governance organized by OECD (2015-2018). He also represented CVM at the Technical Committee for Currency and Credit (COMOC) and at the National Monetary Council (CMN) (2017-2018). He served as member of the Financial, Capital, Insurance, Pension and Capitalization Markets Regulation and Oversight Committee (COREMEC) (2016-2018).

**Main Publications**

Books:

*Direitos Reais*, Rio de Janeiro: Forense, 2021, vol. 1 of Coleção Fundamentos do Direito Civil.

*Penhor e Autonomia Privada*, São Paulo: Editora Atlas, 2016.

*Obrigações de Meios e de Resultado: análise crítica*, São Paulo: Editora Método, 2011.

Papers and book chapters:

*Regime de proteção dos acionistas nas operações de incorporação: relevância da fase preliminar e o papel dos administradores*, in Erasmo Valladão Azevedo e Novaes França and Nelson Eizirik (coord.), *Revista de Direito das Sociedades e dos Valores Mobiliários: Edição Comemorativa dos 45 Anos das Leis nº 6.385 e 6.404*, São Paulo: Almedina Brasil, 2022, pp. 347-380.

*Notas sobre a fraude contra credores*, in Henrique Barboza, Jorge Cesa Ferreira da Silva, *A Evolução do Direito Empresarial e Obrigacional: 18 anos do Código Civil*, vol. 2, São Paulo: Quartier, 2021, pp. 233-253.

*Notas sobre o regime jurídico dos fundos de investimento*, in Felipe Hanszmann e Lucas Hermetto (org.), *Atualidades em Direito Societário e Mercado de Capitais – Fundos de Investimento*, Rio de Janeiro: Lumen Juris, 2021, pp. 13-29.

*Os fundos de investimento no Código Civil*, in André Gustavo Andrade, Cristina Tereza Gaulia, José Roberto de Castro Neves e Marco Aurélio Bezerra de Melo (org.), *Lições de Direito Imobiliário: homenagem a Sylvio Capanema*, Rio de Janeiro: LMJ Mundo Jurídico Editora, 2021, pp. 462-472.

*A obrigação de contratar instituição financeira intermediária nas ofertas públicas de distribuição de valores mobiliários*, in Rodrigo Rocha Monteiro de Castro, Luis Andre Azevedo e Marcus de Freitas Henriques (coord.), *Direito Societário, Mercado de Capitais, Arbitragem e Outros Temas: homenagem a Nelson Eizirik*, vol. II, São Paulo: Quartier Latin, 2020, pp. 771-788.

*Responsabilidade civil do fornecedor nas obrigações de meios: o caso do gestor de fundos de investimento*, in Aline de Miranda Valverde Terra e Gisela Sampaio da Cruz Guedes, *Inexecução das Obrigações – Pressupostos, evolução e remédios*, vol. I, São Paulo: Editora Processo, 2020.

*Admissibilidade do pacto marciano no direito brasileiro*, in Gustavo Tepedino e Joyceanne Bezerra de Menezes (coord.), *Autonomia Privada, Liberdade Existencial e Direitos Fundamentais*, Belo Horizonte, Fórum, 2019, pp. 777-801.

*Patrimônio de afetação e patrimônio mínimo*, in Gustavo Tepedino e Eroulths Cortiano Junior (coord.), *Transformações no Direito Privado nos 30 Anos da Constituição: estudos em homenagem a Luiz Edson Fachin*, Belo Horizonte: Fórum, 2019, pp. 323-336.

*Pouvoirs sur les biens (droits réels)*, in *Droit du Brésil*, *Bibiliothèque de l'Association Henri Capitant*, Paris: LGDJ, 2018, pp. 70-74.

*Obrigação de meios e assunção de riscos pelo consumidor*, in Revista de Direito do Consumidor, v. 111, 2017, pp. 19-38.

*A configuração do penhor no direito brasileiro*, in Gisela Sampaio, Maria Celina Bodin de Moraes e Rose Melo Vencelau Meireles (coord.), *Direito das Garantias*, São Paulo: Saraiva, 2017, pp. 241-303.

*Autonomia privada e direitos reais: redimensionamento dos princípios da taxatividade e da tipicidade no direito brasileiro*, in Civilistica.com - Revista Eletrônica de Direito Civil, v. 2, 2016, pp. 1-19.

*Notas sobre os bens comuns*, in Gustavo Tepedino, Ana Carolina Brochado Teixeira, Vitor Almeida (coords.), *O Direito Civil entre o Sujeito e a Pessoa*: *estudos em homenagem ao professor Stefano Rodotà*, Belo Horizonte: Fórum, 2016, pp. 131-146.

*Tutela do consumidor na perspectiva civil-constitucional: a cláusula geral de boa-fé objetiva nas situações jurídicas obrigacionais e reais e os Enunciados 302 e 308 da Súmula da Jurisprudência Predominante do Superior Tribunal de*, in *Revista de Direito do Consumidor*, v. 101, 2015, pp. 103-135.

*Protecting possession: a question of values? A comparative inquiry into the moralization of possession in Brazil and Canada*, in *Revue Générale de Droit*, Ottawa, v. 44, pp. 391-411, 2014.

*Le droit des biens entre équité et justice sociale : instruments de régularisation foncière au Canada et au Brésil*, in *Revue de Droit International et de Droit Comparé*, Bruxelles : Bruylant, vol. 1, 2014, pp. 7-63.

*A gestão do patrimônio no direito brasileiro e a necessidade de se incorporarem os principais efeitos do* trust, *in* Gustavo Tepedino e Luis Edson Fachin (Orgs.), *Diálogos sobre Direito Civil*, vol. III, Rio de Janeiro: Renovar, 2012, pp. 637-657.

*Fidúcia: a importância da incorporação dos efeitos do* trust *no direito brasileiro*, in *Revista Trimestral de Direito Civil*, Rio de Janeiro: Padma, vol. 48, out.-dez. 2011, pp. 27-61.

*A tutela da confiança nas obrigações de meios e de resultado*, in Gustavo Tepedino e Luis Edson Fachin (Orgs.), *Pensamento Crítico do Direito Civil Brasileiro*, Curitiba, Juruá, 2011.

*A aquisição da propriedade imobiliária pela acessão invertida social: análise sistemática dos parágrafos 4º e 5º do artigo 1.228 do Código Civil*, in *Revista Trimestral de Direito Civil*, Rio de Janeiro: Padma, vol. 34, abr.-jun. 2008, pp. 71-91.

*A funcionalização das relações obrigacionais: interesse do credor e patrimonialidade da prestação*, in Gustavo Tepedino e Luis Edson Fachin (Orgs.), *Diálogos sobre Direito Civil*, vol. II, Rio de Janeiro: Renovar, 2008, pp. 265-297.

*Considerações acerca do atual debate sobre o princípio da função social do contrato, in* Maria Celina Bodin de Moraes (Org.), *Princípios do Direito Civil Contemporâneo*, Rio de Janeiro: Renovar, 2006, pp. 281-313.

*A recente evolução da jurisprudência francesa sobre a proteção do direito adquirido – reflexões sobre a chamada retroatividade mínima da lei*, in *Revista Trimestral de Direito Civil*, Rio de Janeiro: Padma, vol. 24, out.-dez. 2005, pp. 81-94.

Proceedings of International Congresses:

*Rapport brésilien sur « LE DROIT DE LA FAMILLE »*, in *Concepts, intérêts et valeurs dans l'interprétation du droit positif – Journées italiennes (année 2017) - travaux de l'Association Henri Capitant*, t. LXVII, Paris: LBDV et Bruylant, 2018, p. 1-13.

*Rapport brésilien sur « MONDIALISATION ET INTERNET »*, in *La Mondialisation – Journées allemandes (année 2016) - Travaux de l'Association Henri Capitant*, t. LXVI, Paris: LB2V et Bruylant, 2017.

*Rapport brésilien sur « TIERS ET BIENS »*, in *Les tiers – Journées panaméennes (année 2015) - travaux de l'Association Henri Capitant*, t. LXV, Paris: Bruylant, 2016.

*Rapport brésilien sur « BIENS ET IMMATÉRIEL »*, in *L'immatériel – Journées espagnoles (année 2014) - Travaux de l'Association Henri Capitant*, t. LXIV, Paris: Bruylant, 2015.

*Rapport brésilien sur « PREUVE ET DROITS FONDAMENTAUX »*, in *La Prevue – Journées Pays-Bas/Belgique (année 2013) - Travaux de l'Association Henri Capitant*, t. LXIII, Paris: Bruylant, 2015.

Papers published in the media:

*Os investidores-âncora nas ofertas iniciais de ações*, in *Capital Aberto*, December 6, 2021 edition.

*Mercado de capitais na era dos influenciadores digitais*, in *Capital Aberto*, October 4, 2021 edition.

*A simplificação jurídica das companhias de menor porte*, in *Capital Aberto*, July 28, 2021 edition.

*O debate ainda por vir do voto negativo nas eleições de conselheiros*, in *Capital Aberto,* April 16, 2021 edition.

*Perspectivas sobre o conflito de interesses do acionista*, in *Capital Aberto,* January 8, 2021 edition.

*Crowdfunding de investimento 2.0: perspectivas e dilemas regulatórios envolvendo as plataformas eletrônicas de investimento participativo,* in *Capital Aberto,* July 17, 2020.

*A reforma dos fundos de investimentos no Projeto de Lei de Conversão 17/2019: O CDC, a responsabilidade dos prestadores de serviços e a insolvência civil dos fundos*, in *JOTA*, August 20, 2019 edition.

Rio de Janeiro, January 10, 2022

PABLO RENTERIA