# EXHIBIT 1

Case 1:22-mc-00118-LAK   Document 59-1   Filed 05/18/23   Page 1 of 5

## Contact

202-641-7485 (Mobile)
david@i3strategies.us

www.linkedin.com/in/david-caruso-4078447 (LinkedIn)

## Top Skills

Compliance
Banking
Risk

# David Caruso

Helping Financial Institutions build the best AML programs | FinCrime Compliance software sellers sell more | Investors find the best investments
Washington, District of Columbia, United States

## Summary

I've been in AML for 27 years and have done almost everything there is to do – I was a Chief Compliance & AML Officer, founded successful consulting and RegTech software firms, led a dozen banks through Consent Orders, several banks through DOJ investigations, and one bank through a Senate Permanent Subcommittee investigation.

I've worked at and with institutions like JP Morgan, Riggs Bank, Key Bank, Union Bank of California, Wachovia, Washington Mutual, and HSBC. I founded the Dominion Advisory Group and Alert Decision and was Chief Client Officer of TransparINT, a machine learning RegTech firm that changed how investigators find Negative News.

A few notable achievements include my time as the Chief Compliance & AML Officer of Riggs Bank, where I was hired to address serious issues cited by the OCC.

My team at Riggs uncovered two notorious international corruption schemes involving the government of Equatorial Guinea and Augusto Pinochet. This work led to investigations by the Department of Justice and the US Senate Permanent Subcommittee on Investigations. The cases drew the attention of media worldwide and justice authorities in the US, UK, Spain, and Chile.

The facts uncovered by our team at Riggs shook US lawmakers and regulators and kicked off ten years of active regulatory and law enforcement action against banks across the US.

After Riggs, I founded The Dominion Advisory Group, a boutique consulting firm that worked with banks in the US, Europe, and Asia that found themselves facing severe regulatory enforcement action. I worked closely with executive management, boards,

and outside counsel to craft responses and build entire AML compliance programs, focusing particularly on building monitoring and investigation operations.

Intrigued by software and data in the future of AML Compliance, I joined TransparINT in 2015 as the start-up's Chief Client Officer, leading revenue growth. As someone who spent 20 years on the buy side of technology, it was a fast and eye-opening education selling software. Navigating the complexities of selling into a risk-averse market, TransparINT grew in three years from inception to seven figures of annual recurring revenue and successfully exited in 2018 when Steele Compliance acquired the firm.

I bring unique perspectives and insights to i3strategies clients, where I assist institutions in navigating financial crime compliance modernization; investors in finding the best RegTech investments, and advise software and data companies on building and selling products the market will buy.

## Experience

i3strategies®#
Managing Partner
April 2022 - Present (1 year 2 months)
Washington, District of Columbia, United States

EXPERTS IN FINANCIAL CRIME RISK AND COMPLIANCE i3strategies®# is a boutique consultancy led by successful founders, operators, and compliance executives with over 25 years of experience. Strategy, Market Intelligence, and Recruiting for investors, software and services companies, and financial institutions.

Steele Compliance Solutions, Inc.
Vice President, Risk Intelligence Data
June 2021 - March 2022 (10 months)
Washington DC

Led sales of Negative News, Watchlists, Sanctions, PEP, and State-Owned Enterprise data and software to financial institutions, fintechs, corporations, and platform partners.

Genpact

VP, Financial Crimes Advisory
November 2020 - May 2021 (7 months)
Reston, Virginia, United States

Sold large onshore and offshore AML, sanctions, and KYC outsourcing and managed services to global banks and fintechs.

Alert Decision
Founder
July 2014 - November 2020 (6 years 5 months)
Virginia, United States

Advise financial crimes compliance software start-ups on product development, marketing, sales programs, and winning early customers.  Assist financial institutions and FinTech in selecting software that improves AML/FCC operations and strengthens compliance.

TransparINT, LLC
Chief Client Officer
October 2015 - June 2018 (2 years 9 months)

Executed a sales program increasing revenue of early-stage AML RegTech by 25x in two years.   Clients include large, mid-size and small banks, national broker-dealers, hedge funds, FinTech, MSBs, and government agencies. After three years of exponential revenue growth, TransparINT was acquired in June 2018.

Dominion Advisory Group - AML Consulting
Chief Executive Officer
June 2005 - June 2014 (9 years 1 month)

Founded leading AML consultancy advising domestic and international banks on monitoring, investigation, suspicious activity reporting, due diligence, and regulatory remediation.  Led business development and sales.  Managed large domestic and international client engagements with hundreds of staff, worked with AML officers, CROs, CEOs, and Boards to resolve many of the most well known AML regulatory enforcement actions and DOJ investigations since 2005.

Riggs Bank
Executive Vice President, Compliance & Security
June 2003 - May 2005 (2 years)

Hired to build an AML and Corporate Compliance department in response to the discovery of internationally reported incidents of foreign corruption,

possible money laundering, and terror financing.  Led team that investigated the notorious schemes of Chilean President Augusto Pinochet and the corruption of Equatorial Guinean dictator.  Led the resolution of simultaneous Congressional, Department of Justice, OCC, and Federal Reserve investigations of Riggs.

KPMG
Director - Anti-Money Laundering & Financial Crimes Compliance
March 2002 - May 2003 (1 year 3 months)

EY
Senior Manager - Anti-Money Laundering & Financial Crimes Compliance
October 1998 - February 2002 (3 years 5 months)

J.P. Morgan
Manager - AML Investigations, Due Diligence, and Training
October 1996 - October 1998 (2 years 1 month)

U.S. Secret Service
Special Agent
September 1991 - October 1996 (5 years 2 months)

———

## Education

The George Washington University
Bachelor of Arts, Political Science · (1987 - 1991)