**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/22/2023__

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF SPS I FUNDO DE INVESTIMENTO DE ACOES – INVESTIMENTO NO EXTERIOR | Civil Action No. 1:22-mc-00118-LAK <br><br> [~~PROPOSED~~] ORDER |

LEWIS A. KAPLAN, United States District Judge:

The Stipulation to Extend Deadline to Reply to Opposition to Amended Application, filed May 19, 2022 is hereby GRANTED.

SO ORDERED:

May 22, 2023
DATED:

/s/ Lewis A. Kaplan
HON. LEWIS A. KAPLAN
United States District Judge