UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF SPS I FUNDO DE INVESTMENTO DE AÇÕES – INVESTMENTO NO EXTERIOR | Case No. 22-MC-00118-LAK |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1291, Intervenors Joesley Batista, Wesley Batista, JBS S.A. and J&F Investimentos S.A. hereby appeal to the United States Court of Appeals for the Second Circuit from the following orders: (1) the March 4, 2024 order (Dkt. No. 75) granting Petitioner's amended application for an order pursuant to 28 U.S.C. § 1782; and (2) and all prior order entered in this case, including the April 26, 2022 Order (Dkt. No. 8) granting Petitioner's *ex parte* application under 28 U.S.C § 1782, and the December 9, 2022 Order (Dkt. No. 34) denying Intervenors' motion to vacate the April 26, 2022 Order and to quash the subpoenas issued pursuant to that order.

DATED:   New York, New York
         March 25, 2024

Respectfully submitted,

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

By: */s/ William B. Adams*
    Michael B. Carlinsky
    William B. Adams
    Lucas V.M. Bento
    51 Madison Avenue, 22nd Floor
    New York, New York  10010
    (212) 849-7000
    michaelcarlinsky@quinnemanuel.com
    williamadams@quinnemanuel.com
    lucasbento@quinnemanuel.com

Gavin Frisch
111 Huntington Avenue, Suite 520
Boston, Massachusetts 02199
(617) 712-7100
gavinfrisch@quinnemanuel.com

*Attorneys for Intervenors Joesley Batista, Wesley Batista, JBS S.A., and J&F Investimentos S.A.*