S.D.N.Y. – N.Y.C.
22-mc-118
Kaplan, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of June, two thousand twenty-four.

Present:
   Gerard E. Lynch,
   Susan L. Carney,
   Steven J. Menashi,
    *Circuit Judges*.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6/20/2024

SPS I Fundo de Investimento de Acoes−Investimento no Exterior,

   *Petitioner-Appellee*,

v.                    24-828

Joesley Batista, et al.,

   *Invervenors-Appellants*.

Appellants move to stay the district court's discovery order and to expedite this appeal. Upon due consideration, it is hereby ORDERED that the motion for a stay and to expedite is DENIED. *Nken v. Holder*, 556 U.S. 418, 434 (2009); *In re World Trade Ctr. Disaster Site Litig.*, 503 F.3d 167, 170 (2d Cir. 2007); *Uniformed Fire Officers Ass'n v. de Blasio*, 973 F.3d 41, 49 (2d Cir. 2020).

            FOR THE COURT:
            Catherine O'Hagan Wolfe, Clerk of Court





CERTIFIED COPY ISSUED ON 06/20/2024